DAVID M.C. PETERSON
California State Bar Number pending
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, CA 92101-5008
Telephone: (619) 234-8467
Email: David_Peterson@fd.org
____Retained _X_ Appointed

ORIGINAL



IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TRIAL JUDGE _Honorable Larry A. Burns._ | Court Reporter _Eva Oemick_ |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>    Plaintiff-Appellee,              )<br>                                    )<br>v.                                  )<br>                                    )<br>FRANCISCO ESPARZA-GUTIERREZ,        )<br>                                    )<br>    Defendant-Appellant.            )<br>_____) | Case No. 08CR0416-LAB<br><br>**NOTICE OF APPEAL (Criminal)** |

Notice is hereby given that _Francisco Esparza-Gutierrez__, Appellant-Defendant above-named, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the

(X) final judgment (F. R. Crim. P. 32(b))

( ) sentence only (18 U.S.C. § 3742) Sentence imposed _____.

( ) order (describe): _____.

the last of which was entered in this proceeding on the _24th_ day of _March_, 20_08_

If government appeal: Was the filing of this appeal approved in accordance with 18 U.S.C. § 3742(b)(4)?
__ Yes __ No

DATED: _March 25, 2008_

_____
DAVID M.C. PETERSON, Attorney for Defendant

Transcripts Required** _x_ Yes __No  Date Ordered or to be ordered _4/15/08_
Date ( X ) Indictment     ( )Information           Filed _2/19/08_
Bail Status _in custody_____
Will there be a request to expedite the appeal and set a schedule faster than that normally set? __Yes __No (Note: This does not alleviate requirement of _FRAP 27-12_ a motion to expedite which must be done in accordance with FRAP 27).

---

*Pursuant to Fed. R. Crim. P. 32(a)(2) the defendant may request the clerk to prepare and file the Notice of Appeal.
**If transcript required, transcript order form (CA9-036 must be completed and court reporter contacted to make arrangements for transcription.

◆AO 245B  (Rev. 9/00) Judgment in a Criminal Case
Sheet 1

FILED
2008 MAR 28  AM 10: 01
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| FRANCISCO ESPARZA-GUTIERREZ (1) | Case Number: 08CR0416-LAB |
| | DAVID PETERSON, FEDERAL DEFENDERS, INC |
| | Defendant's Attorney |

REGISTRATION NO. 06543298

THE DEFENDANT:
[x] pleaded guilty to count(s)  ONE OF THE INFORMATION
[ ] was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 USC 1326(a) | DEPORTED ALIEN FOUND IN THE UNITED STATES (Felony) | 1 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____
[ ] Count(s) _____ is [ ] are [ ] dismissed on the motion of the United States.

[x] Assessment: $100.00 remitted
[x] Fine waived          [ ] Property forfeited pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

MARCH 24, 2008
Date of Imposition of Sentence

HON. LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE

Entered Date: 3/28/2008
08CR0416-LAB

AO 245B   (Rev. 9/00) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page  2  of  4

DEFENDANT: FRANCISCO ESPARZA-GUTIERREZ (1)
CASE NUMBER: 08CR0416-LAB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of NINE (9) MONTHS continuous custody, pursuant to 18 USC 3563(b)(10)

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before _____
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

08CR0416-LAB

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 3 — Probation

Judgment—Page 3 of 4

DEFENDANT: FRANCISCO ESPARZA-GUTIERREZ (1)
CASE NUMBER: 08CR0416-LAB

# PROBATION

Upon release from imprisonment, the defendant shall be on probation for a term of:

FIVE (5) YEARS

## MANDATORY CONDITIONS

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.
The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.
The defendant shall cooperate as directed in the collection of a DNA sample, pursuant to 18 USC 3583(d).

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter. Testing requirements will not exceed submission of more than _____ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.
The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

08CR0416-LAB

AO 245B   (Rev. 9/00) Judgment in a Criminal Case
Sheet 4 — Continued 2 — Probation

Judgment—Page __4__ of __4__

DEFENDANT: FRANCISCO ESPARZA-GUTIERREZ (1)
CASE NUMBER: 08CR0416-LAB

# SPECIAL CONDITIONS OF SUPERVISION

[x] Nine months continuous custody, pursuant to 18 USC 3563(b)(10)

[ ] Submit to a search of person, property, residence, abode or vehicle, at a reasonable time and in a reasonable manner, by the probation officer.

[x] The defendant shall violate no laws, federal, state and local, minor traffic excepted.

[ ] If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion, or voluntary departure.

[ ] Not transport, harbor, or assist undocumented aliens.

[ ] Not associate with undocumented aliens or alien smugglers.

[x] Not reenter the United States illegally.

[ ] Not enter the Republic of Mexico without written permission of the Court or probation officer.

[ ] Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

[ ] Not possess any narcotic drug or controlled substance without a lawful medical prescription.

[ ] Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

[ ] Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

[ ] Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

[ ] Participate in a mental health treatment program as directed by the probation office.

[ ] Provide complete disclosure of personal and business financial records to the probation officer as requested.

[ ] Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

[ ] Seek and maintain full time employment and/or schooling or a combination of both.

[ ] Resolve all outstanding warrants within _____ days.

[ ] Complete _____ hours of community service in a program approved by the probation officer within

[ ] Reside in a Community Corrections Center (RRC) as directed by the probation officer for a period of

[ ] Reside in a Community Corrections Center (RRC) as directed by the Bureau of Prisons for a period of commencing upon release from imprisonment.

[ ] Remain in your place of residence for a period of _____, except while working at verifiable employment, attending religious services or undergoing medical treatment.

[ ] Not engage in any form of telemarketing, as defined in 18 USC 2325, without the written permission of the probation officer.

[ ] Comply with the conditions of the Home Confinement Program for a period of _____ months and remain at your residence except for activities or employment as approved by the court or probation officer. Wear an electronic monitoring device and follow procedures specified by the probation officer. Pay the total cost of electronic monitoring services, or a portion if deemed appropriate by the probation officer.

[ ] Participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling, as directed by the probation officer. The defendant may be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

08CR0416-LAB

```
MIME-Version:1.0
From:efile_information@casd.uscourts.gov
To:casd.uscourts.gov
Bcc:Efile.dkt.gc2@usdoj.gov, david_peterson@fd.org,
sylvia_enrique@fd.org, roseanna_stovall@casd.uscourts.gov,
efile_Burns@casd.uscourts.gov
Message-Id:<2497310@casd.uscourts.gov>
Subject:Activity in Case 3:08-cr-00416-LAB USA v. Esparza-Gutierrez
Plea Entered
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 3/25/2008 at 2:22 PM PDT and filed on 3/24/2008

**Case Name:** USA v. Esparza-Gutierrez
**Case Number:** 3:08-cr-416
**Filer:**
**Document Number:** 16(No document attached)

**Docket Text:**
Minute Entry for proceedings held before Judge Larry Alan Burns: Court accepts the plea taken before the Magistrate Judge as to defendant Francisco Esparza-Gutierrez (1). Sentencing held on 3/24/2008 for Francisco Esparza-Gutierrez (1). Count(s) 1, Bureau of Prisons 9 months continuous custody pursuant to 18 USC 3563 (b)(10)), probation 5 years, no fine, assessment $100.00 remitted. (Court Reporter EVA OEMICK).(Plaintiff Attorney Caleb Mason s/a for Mark Conover - n/a).(Defendant Attorney David Peterson, FD). (tlw)

**3:08-cr-416-1 Notice has been electronically mailed to:**
U S Attorney CR Efile.dkt.gc2@usdoj.gov
David M.C. Peterson david_peterson@fd.org, sylvia_enrique@fd.org

**3:08-cr-416-1 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:efile_information@casd.uscourts.gov
To:casd.uscourts.gov
Bcc:cassd_ecf@fd.org, Efile.dkt.gc2@usdoj.gov,
efile_Adler@casd.uscourts.gov
Message-Id:<2376976@casd.uscourts.gov>
Subject:Activity in Case 3:08-mj-00169-JMA USA v. Esparza-Gutierrez
Initial Appearance
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### Southern District of California

## Notice of Electronic Filing

The following transaction was entered on 1/23/2008 at 9:02 AM PST and filed on 1/22/2008

**Case Name:** USA v. Esparza-Gutierrez
**Case Number:** 3:08-mj-169
**Filer:**
**Document Number:** 2(No document attached)

**Docket Text:**
Minute Entry for proceedings held before Judge Jan M. Adler : Initial Appearance on complaint as to Francisco Esparza-Gutierrez held on 1/22/2008. Federal Defenders appointed for Francisco Esparza-Gutierrez. Bond set as to Francisco Esparza-Gutierrez (1) $20,000 C/CS; 18:3142(d) hold until 2/5/08. Preliminary Hearing set for 2/5/2008 02:00 PM in Courtroom D before Magistrate Judge Jan M. Adler. (Tape #15:37-16:20). (Plaintiff Attorney James Melendres, AUSA).(Defendant Attorney Victor Pippins, FD-S/A). (jjh)

**3:08-mj-169-1 Notice has been electronically mailed to:**
Federal Defenders cassd_ecf@fd.org
U S Attorney CR Efile.dkt.gc2@usdoj.gov

**3:08-mj-169-1 Notice has been delivered by other means to:**

```
 1  DAVID M.C. PETERSON
    California Bar No. Pending
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5008
    Telephone:  (619) 234-8467
 4  Facsimile:  (619) 687-2666
    Email:      David_Peterson@fd.org
 5
 6  Attorneys for Defendant Esparza-Gutierrez
 7
                     UNITED STATES DISTRICT COURT
 8
                    SOUTHERN DISTRICT OF CALIFORNIA
 9
                       (HONORABLE JAN M. ADLER)
10
11  UNITED STATES OF AMERICA,        )  CASE NO. 08MJ0169
                                     )
12         Plaintiff,                )
                                     )
13  v.                               )  NOTICE OF APPEARANCE
                                     )
14  FRANCISCO ESPARZA-GUTIERREZ,     )
                                     )
15         Defendant.                )
                                     )
16  ─────────────────────────────────
```

17      Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 lead attorney in the above-captioned case.

                                          Respectfully submitted,

22  Dated: January 29, 2008              /s/ DAVID M. C. PETERSON
                                         DAVID M.C. PETERSON
                                         Federal Defenders of San Diego, Inc.
                                         Attorneys for Defendant
                                         David_Peterson@fd.org

# Notice of Appeal Notification Form

**To:** Clerk, U.S. Court of Appeals  **Date:** 04/1/08
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

## Case Information

Case Title: United States of America v. Francisco Esparza-Gutierrez
U.S.D.C. No.: 08cr416 LAB            U.S.D.C. Judge: Larry Alan Burns
Complaint/Indictment/Petition Filed: Information
Appealed Order Entered: 3/28/2008
Notice of Appeal Filed: 3/28/2008
Court Reporter: Eva Oemick
COA Status:  [ ] Granted in full/part (appeal only)    [ ] Denied (send clerk's file)

## Docket Fee Notification
Docket Fee:  [ ] Paid    [ ] Not Paid    [x] No Fee Required
USA/GOVT. APPEAL:  [ ] Yes    [x] No

Date F/P granted (Show Date and Attach Copy of Order): _____

Was F/P Status Revoked?  [ ] Yes    [ ] No

Companion Case(s): (Please list consolidated cases, if applicable) _____

## Counsel Information
**Appellant Counsel:**

David M C Peterson
Federal Defenders of San Diego

225 Broadway
Suite 900
San Diego, CA 92101-5030

(619) 234-8467

**Appellee Counsel:**

US Attorney
US Attorneys Office, Southern District of CA

880 Front Street
Room 6293
San Diego, CA 92101

(619) 557-5610

Counsel Status:  [ ] Retained    [x] Appointed    [ ] Pro Se
Appointed by: Jan M. Adler
(Attach copy of order/minutes)

## Defendant Information
Prisoner ID Number: 06543298

Bail: _____
Custody: _____x_____

## SERVICE LIST

**Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:**

| | |
|---|---|
| x | Transmittal of U.S.C.A. (Appellant and Appellee) |
| x | Case Information/Docketing Fee Notification Form. (Appellant Only) |
| x | Notice of Appeal. (Appellant, Appellee, U.S. District Judge, USPO, and Court Reporter) |
| x | Docket Entries (Appellant and Appellee) |
| x | Designation of Reporter's Transcript and Ordering Form. (Appellant Only, mailed separately) |
| x | Order for Time Schedule. (Criminal Only) (Appellant, Appellee, and Court Reporter) |
| | Magistrate Judge's Report and Recommendation |
| | COA Order |
| | F/P Order |
| | Minute Order |
| x | Other: Judgment entered 3/28/2008, NEF Sentencing Minutes entered 3/25/2008, NEF Minutes Appointing Counsel entered 1/23/2008, Notice of Attorney Appearance entered 1/29/2008 |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

**L. Hammer**

Lauren Hammer
_____     _____
Deputy's Name                                        Deputy's Signature

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re: **USCA No:**
**USDC No:** 08cr416 LAB
**USA v. Esparza-Gutierrez**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | |
|---|---|---|---|
| x | Copy of the Notice of Appeal | x | Docket Entries |
| x | Case Information/Docket Fee Payment Notification Form | | |
| x | Order for Time Schedule (Criminal) | | |
| | Original Clerk's Record in ___ set(s) of ___ volume(s). | | |
| | Reporter's transcript's transcripts in ___ set(s) of ___ volume(s). | | |
| | Exhibits in ___ envelope(s) ___ box(es) ___ folders(s) | | |
| x | Judgement Order | | F/P Order |
| | CJA Form 20 | | Minute Order |
| | Certificate of Record | | Mandate Return |
| | Magistrate Judge's Report and Recommendation | | |
| | COA Order | | |
| | Amended docket fee notification form | | |
| | Order Appointing Counsel for Appeal | | |
| x | NEF Minutes entered 3/25/2008, NEF Minutes entered 1/23/2008, Notice entered 1/29/2008 | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: **L. Hammer**
Lauren Hammer, **Deputy**

Date: 04/1/08