**FILED**
APR 2 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

**RECEIVED**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
APR 2 2 2008

FILED _____
DOCKETED 4-22-8
DATE   INITIAL

W. Samuel Hamrick, Jr.
Clerk of Court

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

Re: USCA No: 08-50157
USDC No: 08cr416 LAB
USA v. Esparza-Gutierrez

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | Copy of the Notice of Appeal |   | Docket Entries |   |   |
|   | Case Information/Docket Fee Payment Notification Form ||||| 
|   | Order for Time Schedule (Criminal) ||||| 
|   | Original Clerk's Record in |   | set(s) of |   | volume(s). |
|   | Reporter's transcript's transcripts in |   | set(s) of |   | volume(s). |
|   | Clerk's supplemental record in |   | set(s) of |   | volume(s). |
|   | Exhibits in |   envelope(s) |   | box(es) |   | folders(s) |
|   | Judgement Order |   | OR |   | F/P Order |
|   | CJA Form 20 |   | OR |   | Minute Order |
| ✖ | Certificate of Record |   | OR |   | Mandate Return |
|   | Amended docket fee notification form ||||| 
|   | Order Appointing Counsel for Appeal ||||| 
|   |   ||||| 
| ✖ | Please acknowledge on the enclosed copy of this transmittal ||||| 

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

**L. Hammer**

Date:   04/17/08        By: _____
                        Lauren Hammer, **Deputy**