

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 24 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>FRANCISCO ESPARZA-GUTIERREZ,<br><br>Defendant - Appellant. | No. 08-50157<br>D.C. No. 3:08-cr-00416-LAB-1<br>Southern District of California,<br>San Diego<br><br>MANDATE |



The judgment of this Court, entered 7/24/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court


By: Gabriela Van Allen
Deputy Clerk

**FILED**

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUL 24 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 08-50157 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 3:08-cr-00416-LAB-1 |
| v. | |
| FRANCISCO ESPARZA-GUTIERREZ, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted July 14, 2008 **

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

Appellee's unopposed motion for summary reversal and remand is granted.

*See United States v. Forbes*, 172 F.3d 675, 675 (9th Cir. 1999).

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

LN/MOATT

Appellant's request for immediate issuance of the mandate is granted. The mandate shall issue forthwith.

**REVERSED and REMANDED.**