# EXHIBIT A

1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2
HONORABLE LARRY ALAN BURNS, JUDGE PRESIDING

3

4
UNITED STATES OF AMERICA,                )

5                                         )
                    PLAINTIFF,            )    CASE NO. 08CR00416-LAB
6                                         )
          VS.                             )
7                                         )    SAN DIEGO, CALIFORNIA
     FRANCISCO ESPARZA-GUTIERREZ,         )    MARCH 24, 2008
8                                         )    9:30 A.M.
                    DEFENDANT.            )
9    _____)

10

11                          REPORTER'S TRANSCRIPT

12                    ACCEPT PLEA WITHOUT P.O. REPORT

13

14
     APPEARANCES:
15   FOR THE GOVERNMENT:              KAREN P. HEWITT, U.S. ATTORNEY
                                      BY:  MARK CANOVER, ESQ.
16                                    ASSISTANT U.S. ATTORNEY
                                      880 FRONT STREET
17                                    SAN DIEGO, CA 92101

18   FOR THE DEFENDANT:              FEDERAL DEFENDERS, INC.
                                      BY:  DAVID PETERSON, ESQ.
19                                    225 BROADWAY, SUITE 900
                                      SAN DIEGO, CA 92101
20
     COURT REPORTER:                  EVA OEMICK
21                                    OFFICIAL COURT REPORTER
                                      UNITED STATES COURTHOUSE
22                                    940 FRONT STREET, STE. 2190
                                      SAN DIEGO, CA 92101
23                                    TEL: (619) 615-3103

24

25

17

1

2

3

4

5

6

7      LOOK, HERE IS WHAT'S NOT AT ISSUE HERE.  THEY DIDN'T

8  KNOW ABOUT THIS PRIOR WHEN THEY ENTERED INTO THE PLEA

9  AGREEMENT.  I THINK, MR. CANOVER, MR. PETERSON HAS GOT A

10 POINT.  YOU NEED TO CHANGE THE STANDARD FORM PLEA AGREEMENT.

11 THE CHANGE IN CRIMINAL HISTORY ALSO MIGHT AFFECT THE

12 GUIDELINES, AND I THINK YOU NEED TO LEAVE YOURSELF THAT OUT.

13      HERE IT ADDS FOUR POINTS.  SO YOU ARE IN A POSITION

14 OF EITHER SAYING, "JUDGE, IGNORE THAT RELEVANT PROVISION OF

15 THE GUIDELINES THAT OUGHT TO APPLY BECAUSE YOU PROMISED THAT"

16 OR COMPLYING WITH YOUR DUTY OF CANDOR TO SAY YOU DIDN'T SEE

17 IT, BUT THIS IS THE WAY THE GUIDELINES SHOULD CALCULATE OUT.

18      MR. CANOVER:  I AGREE, YOUR HONOR.  I BROUGHT THAT

19 UP.  WE ARE WORKING ON THAT.

20

21

22

23

24

25

3

19

1

2

3

4

5

6          MR. CANOVER:  I THINK DEFENSE COUNSEL MAY BE

7   ALLUDING TO THE FACT THAT WE HAVE NOT YET RECEIVED THE

8   DEPORTATION DOCUMENTS ON THE CONVICTION THAT WE WERE UNAWARE

9   OF AND PROVIDED THEM TO DEFENSE COUNSEL.  OF COURSE, WE HAVE

10  NOT PROVIDED THOSE TO THE COURT.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COMPUTER-AIDED TRANSCRIPTION

4

23

1    AND SENTENCE I JUST PRONOUNCED.  YOUR NOTICE OF APPEAL HAS TO

2    BE FILED WITH THE NEXT 10 DAYS IN THIS COURT.  MR. PETERSON

3    WILL HELP YOU IF YOU CHOOSE TO APPEAL OR THE CLERK OF THE

4    COURT WILL.  BECAUSE YOU ARE INDIGENT, YOU HAVE A RIGHT TO

5    FILE A FREE APPEAL.

6             DO YOU UNDERSTAND YOUR RIGHT TO APPEAL?

7             THE DEFENDANT:  YES.

8             THE COURT:  THE COURT DECLINES TO IMPOSE A FINE.

9    MR. CANOVER, THIS IS A CASE WHERE I THINK HE'LL NEED WHATEVER

10   MONEY HE HAS ON THE BOOKS TO GET BACK TO MEXICO.  IF YOU MOVE

11   TO REMIT THE PENALTY ASSESSMENT, I WILL GRANT THAT MOTION.

12            MR. CANOVER:  SO MOVED, YOUR HONOR.

13            THE COURT:  PENALTY ASSESSMENT IS REMITTED.

14            GOOD LUCK.  MR. ESPARZA, DON'T COME BACK.  THE

15   SENTENCE IS NECESSARILY GOING TO BE MORE NEXT TIME.

16            THE DEFENDANT:  THANK YOU.

17            MR. PETERSON:  THANK YOU, YOUR HONOR.

18                          --OOO--

19

20             I HEREBY CERTIFY THAT THE TESTIMONY

21             ADDUCED IN THE FOREGOING MATTER IS

22             A TRUE RECORD OF SAID PROCEEDINGS.

23             S/EVA OEMICK              4-8-08

24             EVA OEMICK                      DATE
               OFFICIAL COURT REPORTER

25

COMPUTER-AIDED TRANSCRIPTION

# EXHIBIT B

KAREN P. HEWITT
United States Attorney
CALEB E. MASON
Assistant United States Attorney
California Bar No. 246653
Federal Office Building
880 Front Street, Room 6293
San Diego, California  92101-8893
Telephone: (619) 557-5956/(619)235-4716(Fax)
Email: caleb.mason@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No.   08CR0416LAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STATUS REPORT |
| FRANCISCO ESPARZA-GUTIERREZ, | ) | |
| Defendant. | ) | Date:         July 28, 2008 |
| | ) | Time:         3 p.m. |
| | ) | Honorable:     Larry A. Burns |
| | ) | Courtroom: |

The UNITED STATES OF AMERICA, by and through its counsel, KAREN

P. HEWITT, United States Attorney, CALEB E. MASON, Assistant United

States Attorney, hereby files the following Status Report.

1    On February 19, 2008, defendant Francisco Esparza-Gutierrez

2  ("Defendant") was charged by Information with one count alleging

3  violation of 8 U.S.C. § 1326.

4    On February 26, 2008, Defendant pleaded guilty before Magistrate

5  Judge Jan M. Adler, pursuant to a plea agreement in which the parties

6  agreed that Defendant's Offense Level was *6 C E*

7    On February 28, 2008, the United States filed a Sentencing

8  Summary Chart which recommended a sentence of 60 days based on a

9  calculation of an offense level of 6 and a Criminal History Category

10 of I.

11   On March 21, 2008, the United States filed an Amended Sentencing

12 Summary Chart which again recommended a sentence of 60 days, but

13 listed an offense level of 10 and a Criminal History Category of III.

14   On March 24, 2008, this Court accepted Defendant's guilty plea

15 and sentenced him to a term of nine months' imprisonment, followed by

16 five years of probation.

17   On March 28, 2008, Defendant filed a Notice of Appeal.

18   On June 4, 2008, Defendant filed his Opening Brief.

19   On June 27, 2008, the United States filed a Motion for Summary

20 Reversal and Remand.  In the motion the United States cited Ninth

21 Circuit caselaw holding that 18 U.S.C. § 3563(b) does not permit a

22 sentence of a straight term of imprisonment followed by a term of

23 probation.  The United States argued that in light of the need for

24 remand for resentencing, any other claims arising out of the earlier

25 sentencing proceeding were moot.

26   As of June 28, 2008, the United States cannot present to the

27 Court the original I-205 Warrant of Removal documenting Defendant's

28 alleged deportation on or about January 20, 2008.  Accordingly, the

1 | United States will file under separate cover a Second Amended
2 | Sentencing Summary Chart. That chart lists Defendant as being in
3 | Criminal History Category III, with an Offense Level of 8, and a
4 | corresponding range of 2-8 months. The United States recommends 60
5 | days' imprisonment.

6
7
8                                    Respectfully submitted,
9
10                                   KAREN P. HEWITT
11                                   United States Attorney
12
13                                   /s/ Caleb E. Mason
14                                   Caleb E. Mason
15                                   Assistant U.S. Attorney
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,              )      Case No. 08cr0416LAB
                                        )
        Plaintiff,                      )
                                        )
        v.                              )
                                        )      **CERTIFICATE OF SERVICE**
FRANCISCO ESPARZA-GUTIERREZ,            )
                                        )
        Respondent.                     )
_____)

IT IS HEREBY CERTIFIED THAT:

     I, Caleb Mason, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

     I am not a party to the above-entitled action. I have caused service of the above Status Report, dated July 18, 2008, and this Certificate of Service, dated July 18, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

     **David Peterson, Esq.**

     **Federal Defenders of San Diego, Inc.**

     **225 Broadway, Suite 900**


*Attorney for defendant.*


     I declare under penalty of perjury that the foregoing is true and correct.

     Executed on July 28, 2008.

                    /s/ Caleb E. Mason

                    CALEB E. MASON

                    Assistant United States Attorney

4

10

# EXHIBIT  C

1  KAREN P. HEWITT
   United States Attorney
2  CALEB E. MASON
   Assistant United States Attorney
3  California State Bar No. 246653
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-5956

6  Attorneys for Plaintiff
   United States of America

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No. **08cr0416**
                                     )
12                                   )   Date:   July 28, 2008
              Plaintiff,             )   Time:  3 p.m.
13                                   )
         v.                          )   Honorable Larry A. Burns
14                                   )
    FRANCISCO ESPARZA-GUTIERREZ,     )   **UNITED STATES' SECOND AMENDED**
15                                   )   **SUMMARY CHART AND MOTION**
              Defendant.             )   **UNDER USSG § 3E1.1(b)**
16                                   )

17

18       The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P.

19  Hewitt, United States Attorney, and Caleb E. Mason, Assistant United States Attorney, hereby files

20  its Sentencing Summary Chart and Motion under USSG § 3E1.1(b), which is based upon the files

    and records of this case.
21
         DATED:  July 28, 2008
22

23                                              Respectfully submitted,

24                                              KAREN P. HEWITT
                                                United States Attorney
25

26                                              /s/ Caleb E. Mason

27                                              CALEB E. MASON
                                                Assistant United States Attorney
28

SENTENCING SUMMARY CHART BY: UNITED STATES

Defendant's Name: **Francisco Esparza Gutierrez**          Docket No. **08cr0416LAB**
Attorney's Name:    **Caleb E. Mason**                      Phone No.: **(619) 557-5956**

Guideline Manual Used:      **November 1, 2007**          Agree with USPO Calc.: **no**

Base Offense Levels:                    (2L1.2)                    **8**

Reduced Base Offense Level for Minor Role [USSG § 2D1.1(a)(3)]
Specific Offense Characteristics:                                  —
___ Safety Valve [USSG §§ 2D1.1(b)(9) & 5C1.2]

Victim Related Adjustment:                                         —

Adjustment for Role in the Offense [USSG § 3B1.2]:                 —

Adjustment for Obstruction of Justice:                             —

Adjustment for Reckless Endangerment During Flight:               —

Adjusted Offense Level:                                            —
___ Combined (Mult. Counts) ___ Career Off. ___ Armed Career Crim.

Adjustment for Acceptance of Responsibility:
[ **X** Government Motion-USSG §3E1.1(b)]                          **-2**
Total Offense Level:                                              **6**

Criminal History Score:                                          **5**

Criminal History Category:                                       **III**
___ Career Offender ___ Armed Career Criminal

USSG § 5G1.1(b): Range limited by: ___ minimum mand. ___ statutory maximum

GUIDELINE RANGE:                            From **2** to **8** months

Departures:                                                       —
___ Fast-Track Early Disposition [USSG §5K3.1]                    —

Resulting Guideline Range: Adjusted Offense Level __**6**__       from **2** mths
                                                                 to **8** mths
**RECOMMENDATION:** ~~2 months imprisonment~~

*bc days, CTS*

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **08cr0416LAB** |
| | ) | |
| Plaintiff, | ) | Date:  July 28, 2008 |
| | ) | Time:  3 p.m. |
| v. | ) | |
| | ) | Honorable Larry A. Burns |
| FRANCISCO ESPARZA-GUTIERREZ, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED that:

I, Caleb E. Mason, am a citizen of the United States over the age of 18 years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293 San Diego, California 92101-8893; I am not a party to the above-entitled action, I served the **United States' Sentencing Summary Chart and Motion under USSG § 3E1.1(b)**, on the following party, by electronically filing it with the Court's Electronic Case Filing system:

David Peterson, Esq.
Federal Defenders of San Diego, Inc.
*Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      July 28, 2008

/s/ *Caleb E. Mason*
_____
Caleb E. Mason

**14**