| U.S. Department of Homeland Security | Warrant of Removal/Deportation |
|---|---|

File No: A094948296
Event No: CAO0901000139
Date: January 21, 2008

To any immigration officer of the United States Department of Homeland Security:

Francisco ESPARZA-Gutierrez
(Full name of alien)

who entered the United States at TECATE, CALIFORNIA.    on   January 20, 2008
                                 (Place of entry)                  (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

- ☒ an immigration judge in exclusion, deportation, or removal proceedings
- ☐ a designated official
- ☐ the Board of Immigration Appeals
- ☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
241(a)(5)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
Department of Homeland Security.

_____
(Signature of immigration officer)
ACTING PATROL AGENT IN CHARGE
_____
(Title of immigration officer)

January 21, 2008, SAN DIEGO, CALIFORNIA.
_____
(Date and office location)

Form I-205 (Rev. 08/01/07)

 

To be completed by immigration officer executing the warrant:
Name of alien being removed:

Francisco ESPARZA-Gutierrez

Port, date, and manner of removal: _____



Photograph of alien removed



Right index fingerprint of alien removed

_____
(Signature of alien being fingerprinted)

_____ BORDER PATROL AGENT
(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of immigration officer)

Form I-205 (Rev. 08/01/07)