# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA          )      CASE NUMBER __08CR416-LAB__
                                  )
              vs                  )      ABSTRACT OF ORDER
                                  )
__Francisco Esparza-Gutierrez__   )      Booking No. __06543298__
                                  )
                                  )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __8/22/08__

the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court: _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____✓_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____✓_____ Other. __△ re-sentenced 5 years probation. Do NOT release △ pending case.__

Received _____
           DUSM

__LARRY A. Burns__
UNITED STATES MAGISTRATE JUDGE
                DISTRICT
                   OR
W. SAMUEL HAMRICK, JR.—Clerk
by
   __T. Wassham__
        Deputy Clerk

Crim-9    (Rev 6-95)                                  ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY